JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HUGHES,<br><br>        Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTER, LLC, a North Carolina Corporation; LOWE'S, INC., an unknown Corporation, and DOES 1-10, inclusive,,<br><br>        Defendants. | Case No. 2:20-cv-06568 MWF (PVCx)<br><br>(San Luis Obispo Superior Court, Case No. 20CVP-0197)<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT MATTER TO ARBITRATION AND DISMISSING ACTION WITHOUT PREJUDICE** |

65197219v.1

**ORDER**

Pursuant to the Parties' stipulation and good cause appearing, the Court orders as follows:

1. Plaintiff must submit the causes of action alleged in her Complaint to arbitration in accordance with the terms of the Stipulation and the Arbitration Agreement.
2. Should the terms of the Arbitration Agreement conflict with the terms of the Stipulation, the terms set forth in the Stipulation control.
3. This action is dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: August 31, 2020

_____
Michael W. Fitzgerald
United States District Judge

65197219v.1